**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7108**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HOWARD ANTHONY RILEY, a/k/a Howie,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  John R. Hargrove, Senior District Judge.
(CR-90-99-HAR, CA-96-530-HAR)

_____

Submitted:  February 27, 1997        Decided:  March 11, 1997

_____

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Howard Anthony Riley, Appellant Pro Se.  James Richard Alsup,
Assistant United States Attorney, Baltimore, Maryland; Maury S.
Epner, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Howard A. Riley seeks to appeal the district court's orders (1) denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214, and (2) denying his motion for reconsideration. We have reviewed the record and the district court's opinion denying relief on Riley's § 2255 motion and find no reversible error and no abuse of discretion. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Riley, Nos. CR-90-99-HAR; CA-96-530-HAR (D. Md. June 18, 1996). In light of this disposition, Appellant's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2